# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-12-00654-CR

**Hector Ruben Ronquillo, Appellant**

**v.**

**The State of Texas, Appellee**

### FROM COUNTY COURT AT LAW NO. 4 OF TRAVIS COUNTY
### NO. D-1-DC-12-201835, HONORABLE MIKE DENTON, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Hector Ruben Ronquillo filed a notice of appeal from a judgment of conviction for assault family violence. *See* Tex. Penal Code Ann. § 22.01 (West 2011). However, the trial court certified that this is a plea bargain case and Ronquillo has no right of appeal. Ronquillo and his counsel signed the certification.

The appeal is dismissed. *See* Tex. R. App. P. 25.2(a)(2), (d).

_____

Jeff Rose, Justice

Before Chief Justice Jones, Justices Rose and Goodwin

Dismissed for Want of Jurisdiction

Filed: October 24, 2012

Do Not Publish